**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JAMES PHILLIP APPEL,**<br><br>**Defendant.** | **Case No. 1:26-CR-110-RDB** |

**ORDER MODIFYING**
**SCHEDULING ORDER AND TOLLING MOTIONS DEADLINE**

Upon consideration of Defendant's Consent Motion to Modify Scheduling Order and Toll Motions Deadline (the "Motion") and based on the facts and arguments provided in the Motion, the Court finds that modifying the scheduling order by tolling the **August 7, 2026** motions deadline will allow time for the parties to continue discussions about a possible resolution to this case prior to trial.

Therefore, it is hereby ORDERED that:

1.     The Motion is GRANTED; and

2.     The motions deadline of **August 7, 2026** in the scheduling order is currently TOLLED.

| | |
|---|---|
| 7/6/2026 | /s/ |
| Date | The Honorable Richard D. Bennett<br>United States District Judge |

1